IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREG SPILKER, and LAURIE SPILKER,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | 4:23CV3005<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Joint Stipulation of Dismissal of Action with Prejudice (Filing No. 36), this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 30th day of May, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge